THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* JAMES JOSEPH JACOVACCI, Appellant.

Argued October 9, 1944; decided November 16, 1944.

*Michael F. Pinto* and *Benjamin D. Stein* for appellant.

*Edward J. Neary, District Attorney* (*Philip Huntington* of counsel), for respondent.

Judgments reversed and information dismissed on the ground that the evidence does not establish that the defendant has been more than once convicted " as a pickpocket, thief or burglar ". No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.